Send-0

FILED
CLERK, U.S. DISTRICT COURT
NOV 12 2013
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br><br>               v.<br><br>Diego Lopez<br>               Defendant. | Case No.: 13-541M<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Southern_ District of _California_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

      (X)   information in the Pretrial Services Report and Recommendation

      (X)   information in the violation petition and report(s)

      (X)   the defendant's nonobjection to detention at this time

      ( )   other: _____

1

1         and/ or

2  B. (✓)  The defendant has not met his/her burden of establishing by clear and
3         convincing evidence that he/she is not likely to pose a danger to the
4         safety of any other person or the community if released under 18 U.S.C.
5         § 3142(b) or (c). This finding is based on the following:

6       (X)  information in the Pretrial Services Report and Recommendation
7       (X)  information in the violation petition and report(s)
8       (X)  the defendant's nonobjection to detention at this time
9       ( )  other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: November 12, 2013                      _____
15                                                      SHERI PYM
                                              United States Magistrate Judge